**Order entered July 23, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00547-CV

### IN THE INTEREST OF K.V.K, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

Before the Court is appellee's motion to clarify, amend, or modify the Court's June 24, 2015 judgment to "specify the dollar amount of the costs awarded to Appellee in conformity with the itemized cost statement totaling $6, 188.58." We **DENY** the motion. *See* TEX. R. APP. P. 51.1 (setting forth procedure for taxation of appellate costs); TEX. R. CIV. P. 125 –149 (setting forth procedures related to costs); TEX. CIV. PRAC. & REM. CODE ANN. § 31.007 (setting forth permissible costs); *see also Pitts v. Dallas County Bail Bond Bd.*, 23 S.W.3d 407, 417 (Tex. App.—Amarillo 2000, pet. denied) ("In response to a request for an award of costs, the court's role is to determine which party or parties is to bear the costs of court, not to adjudicate the correctness of specific items.")

/s/    CRAIG STODDART
JUSTICE